54 F.3d 771
 Peter J. Wirs
v.
York County, Pa., H. Stanley Rebert, as District Attorney of
York Co., Gerald L. Lord, Joseph P. Erb, as Judge, President
Judge, York Co. Common Pleas Court, Roy L. Lam, as District
Justice, York Co., R. Bruce Evanick, as Chief York Co.,
Public Defender, Jeffery Marshall, as York Co. Assistant
Public Defender, Richard Hahn, Warden, York County Prison,
Editor & Publisher, Inc., Robert U. Brown, as Director,
Officer of Editor & Publisher, Inc., John P.
 NO. 94-7506
 United States Court of Appeals,
Third Circuit.
 Apr 04, 1995
 
 Appeal From: M.D.Pa., No. 93-cv-00215,
 Vanaskie, J.
 
 
 1
 AFFIRMED.